UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
* * * * * * * * * * * * * * *

STEPHEN BOLICK, as Personal
Representative of the Estate of Matthew
Bolick, deceased; KEVIN BOLICK; and
JONATHAN BOLICK,

    Plaintiffs,

vs.

CITY OF EAST GRAND RAPIDS, a
municipal Corporation; SGT. BRIAN DAVIS;
OFFICER GARY PARKER; and MARK
HERALD, Director East Grand Rapids
Department of Public Safety,

    Defendants.

Case No.: 1:11-cv-01101-PLM

HON. PAUL L. MALONEY
MAGISTRATE ELLEN S. CARMODY

---

| | |
|---|---|
| WILLIAM F. MILLS (P24263) <br> BENJAMIN W. MILLS (P66155) <br> Attorneys for Plaintiffs <br> Gruel Mills Nims & Pylman LLP <br> 50 Monroe Avenue NW, Suite 700W <br> Grand Rapids, MI 49503 <br> (616) 235-5500 | JOHN J. GILLOOLY (P41948) <br> Attorney for Defendants <br> Garan Lucow Miller, P.C. <br> 1000 Woodbridge Street <br> Detroit, MI 48207-3192 <br> (313)446-5501 |

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY DISPOSITION**

    NOW COME Plaintiffs through their counsel and in response to Defendants' Motion for Summary Judgment, states as follows:

1. Admitted.

2. Admitted.

3. Denied, for reasons set forth in the accompanying brief.

4. Denied, for reasons set forth in the accompanying brief.

5. Denied, for reasons set forth in the accompanying brief.

6. Admitted.

7. Admitted.

WHEREFORE, Plaintiff Stephen Bolick, personal representative of the estate of Matthew Bolick, deceased, respectfully requests that this Honorable Court deny Defendants' Motion for Summary Judgment.

Dated: January 4, 2013                          GRUEL MILLS NIMS & PYLMAN LLP

By: */s/William F. Mills*
     William F. Mills (P24263)
     Attorneys for Plaintiffs
     Gruel Mills Nims & Pylman LLP
     50 Monroe Avenue NW, Suite 700W
     Grand Rapids, MI  49503
     (616) 235-5500